

ISSUED W/E

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| E-Pass Technologies, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 2:09-mc-00161-UA |
| v. | |
| palmOne, Inc., PalmSource, Inc., and Handspring, Inc. | AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION |
| DEFENDANT(S). | |

☒ State of California, County of Santa Clara _____

☐ State of _____, County of _____

I, Andrew T. Oliver _____ hereby state under penalty of perjury that,

1. Judgment for $ 972,010.39 was entered on May 29, 2009 on the docket of the above-entitled action in the U. S. District Court, Central District of California in favor of PalmSource, Inc. (a.k.a. ACCESS Systems Americas, Inc.) as Judgment Creditor, and against E-Pass Technologies, Inc. as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number C-04-0528 DLJ (EDL) in the United States District Court for the Northern District of California and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the Northern District of California are the following sums:
   $ 56,916.64 accrued interest, computed at 3.58 % *(See note.)* ***
   $ 0.00 accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Palo Alto, State of California, this 2nd date of July, 2009.

*** Interest calculated on July 1, 2009 using automated calculator. Because judgment of 6/16/08 was an amendment of the Court's judgment of 11/19/07, interest was calculated from November 19, 2007.

Signature

*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

CV-24 (06/01)   AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION