TOWNSEND AND TOWNSEND AND CREW LLP
Andrew T. Oliver (State Bar No. 226098)
  atoliver@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: (650) 326-2400
Facsimile: (650) 326-2422

Attorneys for Judgment Creditor,
PalmSource, Inc. (also known as
ACCESS Systems Americas, Inc.)

☐ ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
AUG 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

LODGED
2009 AUG 28 PM 3:25
U.S. DISTRICT COURT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY ___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

E-PASS TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALMONE, INC., PALMSOURCE, INC., and HANDSPRING, INC.,

    Defendants.

2:09-CV-06303-ABC
Case No. CV-09-mc-00161-UA

**REQUEST AND ORDER FOR APPOINTMENT OF REGISTERED PROCESS SERVER**

[Rule 4(c), Fed. R. Civ. P.; Local Rules 64.2 and 64.3]

[No Hearing Required]

    Judgment Creditor PalmSource, Inc. (also known as ACCESS Systems Americas, Inc.), pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and Rules 64.2 and 64.3 of the Local Rules of Practice of the United States District Court for the Central District of California, requests that Leon R. Moore, or any other registered process server of First Legal Support Services, who is at least 18 years of age, of suitable discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the Levying Officer.

IT IS SO ORDERED:

Dated: ___8/31/09___          _____
                               United States District Court Judge