UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6303 ABC | Date | October 15, 2009 |
|---|---|---|---|
| Title | E-Pass Technologies, Inc. v. PalmOne, Inc., et al. | | |

| Present: The Honorable | Audrey B. Collins, Chief Judge | |
|---|---|---|
| Angela Bridges | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   **DENIAL OF EX PARTE APPLICATION** (In Chambers)

   Judgment Creditor ACCESS Systems Americas, Inc. has filed an <u>ex parte</u> application asking the Court to issue an order to show cause why non-party garnishee Rosen Saba, LLP should not be held in contempt for failing to comply with a Writ of Execution and Notice of Levy, issued by the court on August 19, 2009.  To obtain <u>ex parte</u> relief, a party must show that: (1) it will be irreparably damaged but for <u>ex parte</u> relief; and (2) it is without fault in creating the need for ex parte relief.  <u>Mission Power Eng'g Co. v. Cont'l Cas. Co.</u>, 883 F. Supp. 488, 492 (C.D. Cal. 1995); Local Rule 7-19.  Judgment Creditor has not provided any reason why it would be irreparably harmed if it does not obtain <u>ex parte</u> relief.  Rosen Saba admits to having the funds Judgment Creditor seeks (Oliver Decl. Ex. 2) and Judgment Creditor has given the Court no reason to suspect that it might lose those funds or lose any alleged right to those funds in the time required to brief and decide a regularly noticed motion.

   Therefore, the court DENIES the application WITHOUT PREJUDICE to Judgment Creditor filing a regularly noticed motion seeking relief.

   **IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | AB |